Edward J. HARTUNG, Jr., Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

March 2, 1973.

Edward J. Hartung, Jr., pro se.

Ed W. Hancock, Atty. Gen., Frankfort, M. Curran Clem, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner VANCE, Reversing.*

Leon MELTON, Appellant,

v.

William J. LILE, Appellee.

Court of Appeals of Kentucky.

May 9, 1973.

Cecil Davenport, Louisville, for appellant.

Raymond L. Suell, J. Bruce Miller, Louisville, Ed W. Hancock, Atty. Gen., Frankfurt, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Reversing and Remanding.*

* Opinion ordered not to be published.